IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AARON E. CHOAT,

          Petitioner,

       v.

RICK COURSEY, Superintendent,
Eastern Oregon Correctional Institution,

          Respondent.

No. 2:16-cv-01459-JR

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Russo issued a Amended Findings & Recommendation (#56) on October 2, 2019, in which she recommends the Court deny Petitioner's Amended Petition for Writ of Habeas Corpus, and deny a Certificate of Appealability. Petitioner has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Amended Findings & Recommendation [86], and therefore, the Amended Petition for Writ of Habeas Corpus [20] is denied. The Court declines to issue a Certificate of Appealability on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this \_\_\_6\_\_\_ day of \_\_\_Dec\_\_\_, 2019.

_____
MARCO A. HERNANDEZ
United States District Judge